AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| S15M-61 Case No.: M-15-1564-M | Date and time warrant executed: September 10, 2015; 11:50am | Copy of warrant and inventory left with: United States District Court Southern District of Texas FILED SEP 22 2015 David J. Bradley, Clerk |

Inventory made in the presence of:
M. Zavala, Joe Aldape III

Inventory of the property taken and name of any person(s) seized:

① One cardboard box

② (3) Three plastic wrapped bags with a green leafy substance which field tested positive for marijuana weighing approximately 3.4 lbs. The three bags were in a plastic container.

③ A paste/wax type material which field tested positive for THC weighing approximately 292.6 grams contained in a plastic container.

④ Approximately 258.8 grams of a paste/wax type material which field tested positive for THC contained within a plastic container.

⑤ A paste/wax type material which field tested positive for THC weighing approximately 88.3 grams contained in a plastic container.

⑥ Three separately wrapped paste/wax type material which field tested positive for THC, weighing approximately 43.7 grams, 24.1 grams, and 38.9 grams all contained in a plastic container.

⑦ A paste type/wax type material which field tested positive for THC weighing approximately 165.2 grams contained in a plastic container.

⑧ A paste type/wax material which field tested positive for THC weighing approximately 82.9 grams contained within a plastic container.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: September 22, 2015

_____
Executing officer's signature

Fernando L Cepeda  Postal Inspector
Printed name and title